```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   LENNY JAVIER,                                            :
                                   Plaintiff,               :
                                                            :       22 Civ. 11010 (LGS)
                   -against-                                :
                                                            :            ORDER
   NEW YORK CITY TRANSIT AUTHORITY,                         :
     et al.,                                                :
                                   Defendants.              :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 4, 2023, required the parties to file a proposed case management plan and joint letter by February 22, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for March 1, 2023, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **February 24, 2023, at 12:00 P.M.**

Dated: February 23, 2023
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**