# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

120 BROADWAY

13TH FLOOR

NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800

FACSIMILE (212) 238-4848

www.lcbf.com

ANDREW P. KEAVENEY
MEMBER
TEL: (212) 238-4833
EMAIL: akeaveney@lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

February 23, 2023

<u>Via ECF</u>

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Lenny Javier v. New York City Transit Authority, et al.*
<u>Civ. No.:  22-cv-11010 (LGS)(RWL)</u>

Dear Judge Schofield:

We represent defendants New York City Transit Authority, Metropolitan Transportation Authority, and Hopeton Kiffin in the above-referenced matter and we are writing, with plaintiff's counsel consent, to request a brief adjournment of the March 1, 2023 initial conference. The reason for the request is that I will be away and unavailable to participate. The parties have conferred and are available March 16 or 17, 2023.

In addition, if granted, the parties request an extension to file a joint letter and proposed case management to five days before the adjourned date of the initial conference.

Respectfully submitted,

*Andrew P. Keaveney*

Andrew P. Keaveney

cc:  Roth & Roth, LLP (via ECF)

Application GRANTED.  The initial pretrial conference scheduled for March 1, 2023, is adjourned to **March 22, 2023, at 4:20 P.M.**  The deadline for the parties to file the joint letter and proposed case management plan is extended to **March 15, 2023, at 12:00 P.M.**

Dated: February 24, 2023
New York, New York

4866-2592-9810v.1

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE