UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LENNY JAVIER,                                :
                              Plaintiff,   :
:      22 Civ. 11010 (LGS)
          -against-                      :
:             ORDER
NEW YORK CITY TRANSIT AUTHORITY,   :
et al.,                                                      :
                          Defendants.  :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated February 24, 2023, required the parties to file a proposed case management plan and joint letter by March 15, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for March 22, 2023, at 4:20 P.M.;

WHEREAS, the parties previously filed a proposed case management plan and a status letter, though the latter did not contain all the information required by the Order at Dkt. No. 9, and the parties did not file any new materials by March 15, 2023.  It is hereby

**ORDERED** that the parties shall file an updated proposed case management plan, and a joint letter as required by the Order at Dkt. No. 9, as soon as possible and no later than **March 20, 2023, at 12:00 P.M.**  It is further

**ORDERED** that the initial pretrial conference currently scheduled for March 22, 2023, is adjourned to **March 29, 2023, at 4:20 P.M.**

Dated: March 16, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE