UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENNY JAVIER,<br><br>        Plaintiff,<br><br>    -against-<br><br>NEW YORK CITY TRANSIT AUTHORITY et al.,<br><br>        Defendants. | 22-CV-11010 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court is in receipt of counsel's July 31, 2023 letter, which was emailed to the Court in according with Rule 5(f) of the Court's Individual Rules and Practices. Counsel's request for a two-month extension of all deadlines in the above-captioned matter is GRANTED. Counsel is hereby ordered to submit a proposed, revised Civil Case Management Plan and Scheduling Order, available at the Court's website.

Dated: August 1, 2023
    New York, New York

                  SO ORDERED.

                  *Jessica Clarke*
                  JESSICA G. L. CLARKE
                  United States District Judge