UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LENNY JAVIER,

                        Plaintiff,

          -against-

NEW YORK CITY TRANSIT AUTHORITY et al.,

                     Defendants.

22-CV-11010 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On July 31, 2023, Plaintiff's counsel filed a letter with the Court requesting a two-month extension of all discovery deadlines in this matter. On August 1, 2023, the Court granted counsel's request and ordered counsel to submit to the Court a proposed, revised Civil Case Management Plan and Scheduling Order. ECF No. 36. To date, counsel has not filed the proposed Civil Case Management Plan and Scheduling Order.

Accordingly, counsel is hereby ORDERED to file on ECF by **October 13, 2023** a proposed, revised Civil Case Management Plan and Scheduling Order, available at the Court's website (https://nysd.uscourts.gov/hon-jessica-g-l-clarke).

SO ORDERED.

Dated: October 5, 2023
      New York, New York

JESSICA G. L. CLARKE
United States District Judge