UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
       :
LENNY JAVIER,       :
       :
                Plaintiff,       :
       :    22-CV-11010 (JGLC) (RWL)
          - against -       :
       :
NEW YORK CITY TRANSIT AUTHORITY,       :    **ORDER**
METROPOLITAN TRANSPORTATION       :
AUTHORITY, and HOPETON KIFFIN,       :
       :
                Defendants.       :
       :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on October 24, 2024, and as modified below:

1. By **October 31, 2024**, the parties shall meet and confer about their discovery disputes and isolate the specific issues/documents on which the parties cannot agree.

2. By **November 21, 2024**, the parties shall submit briefs no longer than 20 pages identifying and addressing the issues/documents on which the parties cannot agree.

3. By **December 10, 2024**, the parties shall submit responsive briefs of no more than 15 pages.

4. The parties may submit exhibits in addition to the briefs and should do so where warranted to provide the requisite context to resolve the disputes.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2024
       New York, New York

2