UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
LENNY JAVIER,          :
          :
      Plaintiff,          :
          :   22-CV-11010 (JGLC) (RWL)
   - against -          :
          :
NEW YORK CITY TRANSIT AUTHORITY,          :   **ORDER**
METROPOLITAN TRANSPORTATION          :
AUTHORITY, and HOPETON KIFFIN,          :
          :
      Defendants.          :
          :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the discovery conference held via Microsoft Teams on April 10, 2025, and for the reasons stated thereat, Plaintiff's motion at Dkt. 69 to compel Defendants to allow Plaintiff's IT professional to copy/image the "N-drive" and "I-drive" is denied.  However, Defendants are required to implement a reasonable term search of the folders on the drives to identify folders likely to have responsive material, and to produce responsive material, if any, from those folders.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 69.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated:  April 10, 2025
      New York, New York

Copies transmitted this date to all counsel of record.