UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LENNY JAVIER,                                   :
                                                :
                    Plaintiff,                  :
                                                :
        - against -                             :        22-CV-11010 (JGLC) (RWL)
                                                :
NEW YORK CITY TRANSIT AUTHORITY,                :
METROPOLITAN TRANSPORTATION                     :        **ORDER (AMENDED)**
AUTHORITY, and HOPETON KIFFIN,                  :
                                                :
                    Defendants.                 :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on October 1, 2025, and as supplemented and/or modified herein:

1.    Defendant shall diligently review and produce documents from the N-Drive based on the hits yielded from application of the 18 search terms.

2.    Defendant shall diligently investigate the extent to which the G-Drive has relevant folders (including but not limited to Platform Barrier folders) and relevant material within those folders.  Defendant shall meet and confer with Plaintiff about same and the feasibility and proportionality of producing relevant material identified.

3.    Defendant shall diligently investigate what comprises the 5-year period of data relied upon by the January 2024 OSS Hazard and Risk Analysis for Platform Edge Barriers produced by Defendant.  Defendant shall meet and confer with Plaintiff about same and the feasibility and proportionality of producing the data identified.

4.    Defendant shall begin rolling production of documents no later than October 15, 2025.

5.      Defendant shall complete production of documents by November 17, 2025.

6.      The continuation of the depositions of Defendant witnesses Doddo and Abdallah will be deferred until after Defendant's document production as will the determination of whether Plaintiff should receive additional time to depose those witnesses.

7.   The case schedule is revised as follows.

    a.   Completion of fact discovery:      April 13, 2026

    b.   Affirmative expert reports:      June 12, 2026

    c.   Rebuttal expert reports:      July 13, 2026

    d.   Completion of expert depositions:      August 13, 2026

    e.   Dispositive motions:      October 1, 2026

    f.    Oppositions:      November 2, 2026

    g.   Replies:      November 16, 2026

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 80 and to strike Dkt. 88 from the docket.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2025
    New York, New York

Copies transmitted this date to all counsel of record.