

**Andrew P. Keaveney**

Member

akeaveney@lcbf.com


**New York Office**

120 Broadway
13th Floor
New York, NY 10271

**P:** 212.238.4800
**F:** 212.238.4848


**Delaware Office**

300 Delaware Avenue,
Suite 210
Wilmington, DE 19801

**P:** 302.268.6433
**F:** 302.514.6505


**New Jersey Office**

One Gateway Center
22nd Floor
Newark, NJ 07102

**P:** 973.623.2700
**F:** 973.623.4496


**Pennsylvania Office**

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103

**P:** 215.561.8540
**F:** 215.988.1215


lcbf.com

April 24, 2026

***Via ECF***

Hon. Robert W. Lehrburger, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:** ***Lenny Javier v. New York City Tr. Auth., et al.***
> **<u>Civ. No.: 22-cv-11010 (JGLC)(RWL)</u>**

Dear Magistrate Lehrburger:

We represent defendants New York City Transit Authority (NYCT), Metropolitan Transportation Authority, and Hopeton Kiffin in the above-referenced matter and we are writing (with consent of plaintiff's counsel) regarding the court's request for a case status.

Defendants have complied with the written discovery directives set forth in the October 1, 2025 status conference order – it has provided ESI discovery of the N drive used by NYCT's Office of System Safety (OSS) pursuant to search terms provided by plaintiff.  It has also investigated the extent to which the G drive, used by NYCT's Office of Operation Planning, can be feasibly searched – its cannot.[1]  We advised plaintiff's counsel of this issue and the parties, for now, agreed to a search of former employee Glenn Lunden's personal drive (contained within the G drive) for relevant materials.  Defendants have done so and have tentatively identified about 8 folders containing approximately 400 files.  I have been advised that technical issues with the documents and their file paths have, to date, prevented these materials from being accessed.  My client and its vendor are working on resolving this issue, which should be resolved within the next two weeks.

Defendants have also served responses to Plaintiff's First Post-Deposition Request for Documents, dated Oct. 1, 2025, and Plaintiff's Supplemental Request for Documents, dated February 4, 2026.

---

[1] As previously reported, due to the size of the G drive (10 terabytes, which is generally considered to equal approximately 750 million pages or over 180 million documents), the drive could not be successfully transferred to our third-party vendor's search platform.  Even if it could, it would take months to perform a search and review the results.

4924-5853-5844v.1

LC | Landman Corsi
BF | Ballaine & Ford P.C.

Plaintiff has reviewed most of the N drive documents and has served a "deficiency letter" regarding the production. Plaintiff has also started its review of Defendants' recent document production, and the parties have met and conferred regarding potential "deficiencies" and possible supplements. Plaintiff also is attempting to identify additional and appropriate deposition witnesses based on the disclosed discovery.

The parties continue to work amicably towards discovery resolution and will provide the Court with its next monthly update on or about May 29, 2026.

Respectfully submitted,

Andrew P. Keaveney

Cc:     (Via ECF)
        Roth & Roth
        Sonin & Genis

2

4924-5853-5844v.1